

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2021

No. 04-21-00342-CV

Greg **ABBOTT,** in his Official Capacity as Governor of Texas,
Appellant

v.

**CITY OF SAN ANTONIO** and County of Bexar,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI16133
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Appellees' unopposed motion to shorten the times for filing briefs and providing notice of the submission date is **GRANTED**. *See* TEX. R. APP. P. 38.6(d), 39.8. Therefore, in accordance with the motion, appellant's brief is due on or before **September 7, 2021**; appellees' brief is due on or before **September 14, 2021**; and appellant's reply brief is due on or before **September 20, 2021**. Additionally, in accordance with the motion, the clerk of this court is not required to provide the parties twenty-one days' notice of the submission date for this accelerated appeal.

It is so **ORDERED** August 30, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT